IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:14-cr-00016-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Appellee, )<br>)<br>)<br>vs. )<br>)<br>)<br>WALTER HENRY STANCIL, )<br>)<br>Appellant. )<br>_____ ) | **ORDER DISMISSING APPEAL AND DISSOLVING STAY** |

**THIS MATTER** is before the Court *sua sponte*. On October 10, 2014, the Appellant filed a Notice of Appeal [Doc. 2] appealing his conviction and sentence entered by the Magistrate Judge on September 30, 2014. [Doc. 1-1]. Also on October 10, 2014, the Appellant filed a Motion to Stay the execution of his 15-day sentence of imprisonment. [Doc. 3]. Thereafter, by Order entered October 14, 2014 [Doc. 4], the Court stayed the execution of Appellant's sentence pending the resolution of this appeal and established November 13, 2014, as the deadline for Appellant's appellate brief to be filed. The Docket of the Court reflects that Appellant has not filed his appellate brief as of this date.

**IT IS, THEREFORE, ORDERED** that this appeal is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the portion of this Court's Order staying the execution of the Appellant's term of imprisonment is hereby **DISSOLVED** and Appellant shall report to the U.S. Marshal's Office in Asheville, North Carolina, as notified by the Marshal's Service, to begin the service of his sentence.

**IT IS SO ORDERED**.

Signed: November 18, 2014

Martin Reidinger
United States District Judge