# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:14-cr-16-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | **ORDER DISSOLVING STAY** |
| | ) | |
| WALTER HENRY STANCIL, | ) | |
| Appellant. | ) | |

**THIS MATTER** is before the Court sue sponte. On October 10, 2014, the Appellant filed a Notice of Appeal [Doc. 2] appealing his conviction and sentence entered by the Magistrate Judge on September 30, 2014. [Doc. 1-1]. Also on October 10, 2014, the Appellant filed a Motion to Stay the execution of his 15-day sentence of imprisonment. [Doc. 3]. Thereafter, the Court stayed the execution of Appellant's sentence pending the resolution of this appeal. [Doc. 4]

On November 10, 2015, the Court entered a Memorandum of Decision and Order in this appeal affirming the Magistrate Judge's decision below. [Doc. 13]. Since the entry of that Memorandum of Decision and Order, more

than fourteen days have elapsed and the Appellant has not filed a notice of appeal. Accordingly, the Court's Stay of the Appellant's sentence should be dissolved.

**IT IS, THEREFORE, ORDERED** that the portion of this Court's Order staying the execution of the Appellant's term of imprisonment is hereby **DISSOLVED** and the Appellant shall report to the appropriate custodial facility for the service of his sentence as directed by the U.S. Marshal for the Western District of North Carolina.

**IT IS SO ORDERED**.

Signed: December 31, 2015

Martin Reidinger
United States District Judge